United States District Court
EASTERN DISTRICT OF CALIFORNIA



FILED
JAN 1 2 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY A. JESSEN
DEPUTY CLERK

| | |
|---|---|
| United States of America <br> vs. <br> Steven Laubly | Case No. 1:09-cr-00464-LJO <br> 1:10-cr-00362-LJO |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Steven Laubly_____, have discussed with _____Jacob Scott_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

To vacate the following condition:   You shall submit to alcohol testing as directed by the Pretrial Services Officer.

All other previously imposed conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  1/7/11          _Jacob Scott_         1/7/11
Signature of Defendant    Date            Pretrial Services Officer    Date
Steven Laubly                              Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_____                    1/7/11
Signature of Assistant United States Attorney    Date
Mark McKeon

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    1-7-11
Signature of Defense Counsel              Date
Eric Fogderude

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on  1/12/11 .
[ ] The above modification of conditions of release is *not* ordered.

_____                    1/12/11
Signature of Judicial Officer             Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services