

FILED

MAY 1 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | No. 1:09-CR-464 LJO |
| vs. | ORDER |
| STEVEN CHARLES LAUBLY, | |
| Defendant. | |

Its is the Order of the Court, and at the request of Defense Counsel Eric Fogderude, that the Defendant Laubly be transported to the Fig Garden Racquet Club in Fresno for the wedding of Defendant's son. Defendant Laubly will be transported by his counsel Eric Fogderude and is to be in his custody at all times. It is to occur from 11:00 a.m. on Saturday, May 14, 2011, and defendant is to be returned to the jail no later than 8:00 p.m the same day. The Defendant is to be within Mr. Fogderude's sight at all times. This ORDER is supplemented by the actual court record from the proceedings that took place on the afternoon of May 13, 2011.

IT IS SO ORDERED.

Dated:   May 13, 2011              /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE